1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARRY D. SMITH,

11          Petitioner,                    No. CIV S-07-1008 RRB DAD P

12      vs.

13   PEOPLE OF THE STATE OF
     CALIFORNIA, et al.,

14
             Respondents.              FINDINGS & RECOMMENDATIONS
15   _____/

16          By order filed December 26, 2007, petitioner's petition for a writ of habeas corpus

17   was dismissed and thirty days leave to file an amended petition was granted.  The thirty day

18   period has now expired, and petitioner has not filed an amended petition or otherwise responded

19   to the court's order.

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1 │ specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2 │ F.2d 1153 (9th Cir. 1991).

3 │ DATED: February 8, 2008.

4

5 │ _____
   │ DALE A. DROZD

6 │ UNITED STATES MAGISTRATE JUDGE

7 │ DAD:lg
   │ smit1008.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2