1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARY D. SMITH,

11              Petitioner,              No. CIV S-07-1008 RRB DAD P

12        vs.

13   PEOPLE OF THE STATE OF
     CALIFORNIA, et al.,
14
                Respondents.            ORDER
15
     _____/
16

17        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has also filed an application to

19   proceed in forma pauperis.

20        Examination of the in forma pauperis application reveals that petitioner is unable

21   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

22   granted.  See 28 U.S.C. § 1915(a).

23        On February 22, 2008, the court issued findings and recommendations

24   recommending that petitioner's amended petition be dismissed due to his failure to exhaust state

25   court remedies.  Petitioner filed objections asserting that his state court remedies have been

26   exhausted.  Therein, petitioner contends that his attorney filed a petition for review and told

                                           1

petitioner that state court remedies were exhausted.  In light of petitioner's assertion, the court will vacate the findings and recommendations and order respondents to file their response.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The findings and recommendations, filed on February 22, 2008, is vacated;

2.  Petitioner's application to proceed in forma pauperis, filed on February 13, 2008, is granted;

3.  Within thirty days from the date of this order, respondents are directed to file a response to petitioner's amended petition which was filed on February 13, 2008.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the amended petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

4.  If the response to the amended habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5.  If the response to the amended habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6.  The Clerk of the Court shall serve a copy of this order together with a copy of the February 13, 2008 amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,  Senior Assistant Attorney General.

DATED: April 2, 2008.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
smit1008.100