IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. SMITH,

      Petitioner,                  No. CIV S-07-1008 JAM DAD P

   vs.

JOHN MARSHALL, et al.,

      Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 22, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed January 22, 2009, are adopted in full;

2. Respondents' May 5, 2008 motion to dismiss the amended petition for writ of habeas corpus (Doc. No. 17) is granted;

3. Petitioner's May 27, 2008 motion for a stay and abeyance (Doc. No. 20) is denied; and

4. This action is dismissed without prejudice for petitioner's failure to exhaust his claims in state court.

DATED: 3/12/2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE